# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Johnson dba J&J Construction <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-70406 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

     Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322


Attorney for Movant/Applicant