**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **John R. Johnson** | : | Case No. 15−70406−JAD |
| **dba J&J Construction** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 50 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***9th day of August, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-70406-JAD
John R. Johnson                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: jhel              Page 1 of 2            Date Rcvd: Aug 09, 2017
                               Form ID: 309            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             +John R. Johnson,    P.O. Box 91,    Robinson, PA 15949-0091
14057929       +AAS Debt Recovery,    P. O. Box 129,    Monroeville, PA 15146-0129
14057930       +Berkheimer Tax Administrator,    P. O. Box 25153,    Lehigh Valley, PA 18002-5153
14057932       +Center for Orthopaedics and,    Sports Medicine,    120 IRMC Drive, Suite 160,
                 Indiana, PA 15701-3675
14057933      #+Collection Service Center,    1312 A. Place Valley Boulevard.,    P.O. Box 68,
                 Altoona, PA 16603-0068
14057937        Green Tree Servicing, LLC,    345 Saint Peter Street,    1100 Landmark Towers,
                 Saint Paul, MN 55102
14057938       +Indiana EKG Associates, Inc,    c/o Smith Medical Building,    P.O. Box 702,
                 Du Bois, PA 15801-0702
14057939        Indiana Regional Medical Center,    835 Hospital Road, P.O. Box 788,    Indiana, PA 15701-0788
14079256       +Indiana Regional Medical Center,    P.O. Box 788,    Indiana, PA 15701-0788
14276389        Indiana Tax Claim Bureau,    825 Philadelphia Street,    Indiana, PA 15701-3934
14057940        Indiana Total Therapy,    120 IRMC Drive, Suite 160,    Indiana, PA 15701-3675
14057943        S. Wilson Diagnostic Pathology,    P. O. Box 49,    Pittsburgh, PA 15230-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Aug 10 2017 01:03:00     Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Aug 10 2017 01:10:01     Ditech Financial LLC,
                 Ditech Financial LLC,    1400 Turbine Drive Suite 200,    Rapid City, SD 57703,    US 57703-4719
14057931        E-mail/Text: bankruptcy@cavps.com Aug 10 2017 01:11:13     Cavalry Portfolio Services, LLC,
                 7 Skyline Drive,    Hawthorne, NY 10532
14097265       +E-mail/Text: bankruptcy@cavps.com Aug 10 2017 01:11:13     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14057934        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:10:44     Commonwealth of Pennsylvania,
                 Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0946
14057935       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 10 2017 01:11:16
                 Credit Management Company,    P.O. Box 16346,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
14057936        E-mail/Text: bankruptcy@emeraldar.com Aug 10 2017 01:09:51     Emerald AR Systems,
                 P. O. Box 843161,    Los Angeles, CA 90084-3161
14068575        E-mail/Text: bankruptcy.bnc@ditech.com Aug 10 2017 01:10:01     Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
14057941        EDI: JEFFERSONCAP.COM Aug 10 2017 01:04:00     Jefferson Capital Systems, LLC,
                 16 McCleland Road,    Saint Cloud, MN 56303
14132940        EDI: RESURGENT.COM Aug 10 2017 01:04:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14057942       +EDI: MID8.COM Aug 10 2017 01:03:00     Midland Funding LLC,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
14057944       +EDI: DRIV.COM Aug 10 2017 01:04:00     Santander Consumer USA,
                 8585 North Stemmons Freeway, Suite 1000,    Dallas, TX 75247-3822
14057945       +E-mail/Text: BankruptcyNotice@upmc.edu Aug 10 2017 01:11:30     UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor-Customer Service,    Pittsburgh, PA 15233-2213
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Green Tree Servicing, LLC
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: jhel              Page 2 of 2            Date Rcvd: Aug 09, 2017
                              Form ID: 309            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Justin P. Schantz    on behalf of Debtor John R. Johnson jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Justin P. Schantz    on behalf of Plaintiff John R. Johnson jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```