**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN R. JOHNSON

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:15-70406 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/07/2015 and confirmed on 09/03/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,712.38 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,712.38 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,462.88 | |
|   Trustee Fee | 396.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,859.80 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PA DEPARTMENT OF REVENUE* | 4,548.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9714 | | | | |
| GREEN TREE SERVICING LLC | 19,825.59 | 5,170.01 | 1,682.57 | 6,852.58 |
|   Acct: 5799 | | | | |
| INDIANA COUNTY TAX CLAIM BUREAU | 18,953.05 | 0.00 | 0.00 | 0.00 |
|   Acct: 8843 | | | | |
| | | | | 6,852.58 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN R. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 3,310.00 | 2,462.88 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-70406 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | UNITED ASD & EAST WHEATFIELD TWP (E<br>Acct: 8105 | 1,040.83 | 0.00 | 0.00 | 0.00 |
| | GREEN TREE SERVICING LLC<br>Acct: 5799 | 258.78 | 0.00 | 0.00 | 0.00 |
| | GREEN TREE SERVICING LLC<br>Acct: 5799 | 303.00 | 0.00 | 0.00 | 0.00 |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 1333 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAVALRY SPV I LLC - ASSIGNEE**<br>Acct: 3795 | 10,339.67 | 0.00 | 0.00 | 0.00 |
| | CENTER FOR ORTHOPAEDICS AND SPORT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: XXX7015 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: XXX7707 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EMERALD AR SYSTEMS<br>Acct: XXX2849 | 0.00 | 0.00 | 0.00 | 0.00 |
| | INDIANA EKG ASSOCIATES<br>Acct: XXXJO09 | 0.00 | 0.00 | 0.00 | 0.00 |
| | INDIANA REGIONAL MEDICAL CNTR<br>Acct: XXX2265 | 3,289.70 | 0.00 | 0.00 | 0.00 |
| | INDIANA TOTAL THERAPY++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: XXX0878 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING<br>Acct: XXX4548 | 0.00 | 0.00 | 0.00 | 0.00 |
| | S WILSON DIAGNOSTIC PATHOLOGY<br>Acct: XXX1151 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SANTANDER CONSUMER USA(*)<br>Acct: XXX6055 | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC PHYSICIAN SERVICES++<br>Acct: XXX1100 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAVALRY SPV I LLC - ASSIGNEE**<br>Acct: 3733 | 878.10 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 4253 | 3,665.47 | 0.00 | 0.00 | 0.00 |
| | GREEN TREE SERVICING LLC<br>Acct: 5799 | 42,607.49 | 0.00 | 0.00 | 0.00 |
| | ASCENSION CAPITAL GROUP INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                           6,852.58

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,602.61 |
| SECURED | 43,326.64 |
| UNSECURED | 60.780.43 |

Date: 09/19/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com